**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

SCHCOLA TYNES,

          Plaintiff,

v.                                    Case No.: 22-cv-60449-WPD

FEDERAL EXPRESS CORPORATION,

          Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Bill of Costs [DE 89] (the "Motion"), and the Report and Recommendation of United States Magistrate Judge Jared M. Strauss [DE 92] (the "Report"). The Court notes that no objections to the Report [DE 92] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 92] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 92] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 92] is hereby **ADOPTED** and **APPROVED**;

2.    Defendant's Motion [DE 89] is **GRANTED IN PART AND DENIED IN PART**; and

3. Defendant is hereby awarded taxable costs in the amount of $3,398.50.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record

Magistrate Judge Jared M. Strauss